Argued November 1—decided November 2, 1966

## Ronald Tracy *v.* Everett R. Johnson et al.

The motion by the defendants to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Edmund C. Walsh,* assistant attorney general, for the appellees (defendants).

*Richard S. Weinstein,* for the appellant (plaintiff).

Argued November 1—decided November 2, 1966

The petition by Richard S. Weinstein for appointment as counsel and guardian ad litem for Ronald Tracy in the appeal from the Superior Court in Fairfield County is dismissed.

Submitted October 27—decided November 2, 1966